IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) (Under Seal) |
| | ) |
| v. | ) Criminal No. 1:11-CR-334 |
| | ) |
| AYMAN JOUMAA, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO DISMISS

The United States of America hereby moves this Honorable Court to dismiss the Indictment against this defendant in this matter. The United States further requests that case number 1:11-MJ-467 be merged with 1:11-CR-560.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Michael P. Ben'Ary
Assistant United States Attorney